```
                         United States Bankruptcy Court
                              District of Arizona
In re:                                                                       Case No. 15-15364-SHG
JANET OLIVIA FELTON                                                          Chapter 13
        Debtor             CERTIFICATE OF NOTICE
District/off: 0970-4         User: rootk              Page 1 of 2              Date Rcvd: Jun 15, 2017
                             Form ID: nch13pln        Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db            +JANET OLIVIA FELTON,    2917 W. MINERAL BUTTE DRIVE,    QUEEN CREEK, AZ 85142-4735
cr             AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY I,    C/O BECKET AND LEE LLP,   PO BOX 3001,
               MALVERN, PA 19355-0701
cr            +Ditech Financial LLC,   2112 Business Center Drive,   Irvine, CA 92612-7135
cr            +Wells Fargo Bank, National Association, as,   Aldridge Pite, LLP,   4375 Jutland Dr Suite 200,
               San Diego, CA 92117-3600
13863255      +AMEX FSB,   P.O. Box 30384,   Salt Lake City UT 84130-0384
13914248       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13893327       American Express Travel Related Services,   Company, Inc.,    c o Becket and Lee LLP,   POB 3001,
               Malvern, PA 19355-0701
13863259      +BMO Harris Bank,   Attn: Bankruptcy Department,   111 West Monroe Street,
               Chicago IL 60603-4095
14012803       BMO Harris Bank N.A.,   P.O. Box 2035,   Milwaukee, WI 53201-2035
13863257      +Barclay's Bank Delaware,   125 S. West Street,   Wilmington DE 19801-5014
13863258      +Blatt, Hasenmiller, Leibsker & Moore LLC,   2702 N. 3rd Street, Ste. 2010,
               Phoenix AZ 85004-4606
13863260      +Bureau of Medical Economics,   326 E. Coronado Road,   Phoenix AZ 85004-1524
13863261       Chase Bank USA, N.A.,   P.O. Box 15298,   Wilmington DE 19850-5298
13863262      +Clerk, Apache Junction Precinct,   575 N. Idaho Rd., #200,   Apache Junction AZ 85119-4000
13863264       Clerk, Pinal County Superior Court,   971 Jason Lopez Circle, Bldg A,   Florence AZ 85132
13872404      +Dana Ranch Villas Owners Association,   c/o Maxwell & Morgan, P.C.,
               4854 E. Baseline Road, Suite 104,   Mesa, AZ 85206-4636
13863266      +DirecTV Customer Services,   Attn: Bankruptcy Claims,   P.O. Box 6550,
               Englewood CO 80155-6550
13863268      +Ditech Financial, LLC,   1100 Virginia Drive Ste. 100A,   Fort Washington PA 19034-3204
13863269     #+East Valley Diagnostic Imaging,   1125 E. Southern Ave. Suite 300,   Mesa AZ 85204-5046
13863270       FIA Card Services,   P.O. Box 15019,   Wilmington DE 19850-5019
13863271      +Frost - Arnett Company,   P.O. Box 1022,   Wixom MI 48393-1022
13863273      +James E. Rafferty, CPA, PC,   606 N Stapley Drive,   Mesa AZ 85203-7206
13863275      +MCI,   22001 Loudoun County Pkwy.,   Ashburn VA 20147-6122
13863274      +Mark A Kirkorsky, P.C.,   Attorney at Law,   P.O. Box 25287,   Tempe AZ 85285-5287
13863276      +Medical Payment Data,   2001 9th Avenue, Ste. 312,   Vero Beach FL 32960-6413
14002393      +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
13979451       Navient Solutions, Inc. Department of Education,   Loan Services,   P.O. Box 9635,
               Wilkes-Barre, PA 18773-9635
13868180      +Ocwen Loan Servicing, LLC, as servicer for WELLS F,   c/o ALDRIDGE PITE, LLP,
               4375 Jutland Drive, Suite 200,   P.O. Box 17933,   San Diego, CA 92177-7921
13863280      +PHYSICIANS GROUP OF ARIZONA,   P.O. Box 281201,   Atlanta GA 30384-1201
13863281      +Planned Development Services,   14100 N. 83rd Ave., Ste. 200,   Peoria AZ 85381-5641
13872401      +San Tan Heights Homeowners Association,   c/o Maxwell & Morgan, P.C.,
               4854 E. Baseline Road, Suite 104,   Mesa, AZ 85206-4636
13863282      +San Tan Heights Homeowners Associations,   270 E. Hunt Highway, Suite 16 #317,
               San Tan Valley AZ 85143-4964
13996790      +The Bank of New York Mellon , f/k/a The Bank of Ne,   Leonard McDonald,
               Seventh Floor Camelback Esplanade II,   2525 E. Camelback Rd,,   Phoenix, AZ 85016-4219
13863284      #United Collection Bureau, Inc.,   4100 Horizons Dr., Suite 101,   Columbus OH 43220-5283
13863285      +Verizon Wireless Bankruptcy Department,   500 Technology Drive, Ste. 550,
               Saint Charles MO 63304-2225
14037079       WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee,   C/O Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,   PO Box 24605,   West Palm Beach, FL 33416-4605
13863286      +Wells Fargo Bank Nevada, N.A.,   P.O. Box 31557,   Billings MT 59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcynotices@azdor.gov Jun 15 2017 23:36:28     AZ DEPARTMENT OF REVENUE,
               BANKRUPTCY & LITIGATION,   1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
13926860       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2017 23:41:13
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
13863256      +E-mail/Text: bankruptcy.notices@arizonafederal.org Jun 15 2017 23:37:34
               Arizona Federal Credit Union,   P.O. Box 60070,   Phoenix AZ 85082-0070
13959223       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2017 23:31:05
               Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
               Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
13863263      +E-mail/Text: north_mesa@mcjc.maricopa.gov Jun 15 2017 23:37:41
               Clerk, North Mesa Justice Court,   1837 S. Mesa Drive,   Mesa AZ 85210-6246
13863265      +E-mail/Text: CCICollectionsGlobalForms@cox.com Jun 15 2017 23:37:36    Cox Communications,
               1400 Lake Hearn Drive,   Atlanta GA 30319-1464
13863267      +E-mail/Text: mrdiscen@discover.com Jun 15 2017 23:36:38     Discover Financial Services, LLC.,
               P.O. Box 15316,   Wilmington DE 19850-5316
13869725       E-mail/Text: mrdiscen@discover.com Jun 15 2017 23:36:38     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13863272       E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2017 23:36:56     Green Tree Servicing, LLC.,
               Attn: Bankruptcy Department,   P.O. Box 6154,   Rapid City SD 57709
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13863277       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2017 23:37:07     Midland Funding, LLC.,
                 8875 Aero Drive, Ste. 200,   San Diego CA 92123-2255
13863278       +E-mail/PDF: pa_dc_claims@navient.com Jun 15 2017 23:31:28     Navient,    11100 USA Parkway,
                 Fishers IN 46037-9203
13880868        E-mail/PDF: pa_dc_litigation@navient.com Jun 15 2017 23:31:52
                 Navient Solutions, Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
13863279       +Fax: 407-737-5634 Jun 15 2017 23:53:54      Ocwen Loan Servicing,    Attn: Customer Service Dept.,
                 1661 Worthington Rd., Ste. 100,   West Palm Beach FL 33409-6493
14214476        E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2017 23:36:56     The Bank of New York Mellon,
                 c/o Ditech Financial LLC,   P.O. Box 6154,   Rapid City, SD 57709-6154
13863283       +E-mail/Text: lhatfield@thunderbirdcollections.com Jun 15 2017 23:37:35
                 Thunderbird Collection Specialists, Inc.,   3200 N. Hayden Road, Ste. 110,
                 Scottsdale AZ 85251-6766
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC f/k/a Green Tree Servicing LL
cr              The Bank of New York Mellon , f/k/a The Bank of Ne
cr*            +Arizona Federal Credit Union,    P.O. Box  60070,   Phoenix, AZ 85082-0070
cr*            +Ocwen Loan Servicing, LLC, as servicer for WELLS F,    c/o ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,   P.O. Box 17933,   San Diego, CA 92177-7921
                                                                                            TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
              BRADLEY DAVID PACK    on behalf of Creditor    Arizona Federal Credit Union bdp@eblawyers.com,
               kjs@eblawyers.com,bjc@eblawyers.com
              DAVID W. REICHEL    on behalf of Debtor JANET OLIVIA  FELTON davidr2@oswaltlawgroup.com,
               ecff@oswaltlawgroup.com,notice@oswaltlawgroup.com,janinec@oswaltlawgroup.com,
               sandra@oswaltlawgroup.com,ducl@oswaltlawgroup.com
              DAVID W. REICHEL    on behalf of Plaintiff JANET OLIVIA  FELTON davidr2@oswaltlawgroup.com,
               ecff@oswaltlawgroup.com,notice@oswaltlawgroup.com,janinec@oswaltlawgroup.com,
               sandra@oswaltlawgroup.com,ducl@oswaltlawgroup.com
              DIANNE 5  KERNS    on behalf of Trustee DIANNE C. KERNS mail@dcktrustee.com,  ecf@dcktrustee.com,
               dckerns@dcktrustee.com
              DIANNE C. KERNS     mail@dcktrustee.com,  ecf@dcktrustee.com,dckerns@dcktrustee.com
              JOSEPHINE E SALMON    on behalf of Creditor    Ocwen Loan Servicing, LLC, as servicer for WELLS
               FARGO BANK, NATIONAL ASSOCIATION, as Trustee under POOLING AND SERVICING AGREEMENT Dated as of
               October 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC ecfazb@aldridgepite.com,
               Jes@ecf.inforuptcy.com,jsalmon@aldridgepite.com
              LEONARD J. MCDONALD, JR.    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank
               of New York, as trustee for the certificateholders of the  CWABS, Inc., Asset-Backed
               Certificates, Series 2005-16 by Ditech Financial LLC ecf@tblaw.com
              LISA S KASS    on behalf of Defendant    BMO Harris Bank, NA kass@folksoconnor.com,
               raddatz@folksoconnor.com
              NATHAN FREDERICK JONES SMITH    on behalf of Creditor    Ditech Financial LLC nathan@mclaw.org,
               AZ_ECF@mclaw.org
              U.S. TRUSTEE     USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                              TOTAL: 10
```

FORM nch13pln  
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:15−bk−15364−SHG

JANET OLIVIA FELTON  Chapter: 13
2917 W. MINERAL BUTTE DRIVE
QUEEN CREEK, AZ 85142
**SSAN:** xxx−xx−8155
**EIN:**

Debtor(s)

### NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

### OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1. Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701−1704 |
| Address of Trustee | DIANNE C. KERNS<br>7320 N. LA CHOLLA #154 PMB 413<br>TUCSON, AZ 85741−2305 |
| Address of Debtor(s) | JANET OLIVIA FELTON<br>2917 W. MINERAL BUTTE DRIVE<br>QUEEN CREEK, AZ 85142 |
| Address of Debtor(s) Attorney | DAVID W. REICHEL<br>OSWALT LAW GROUP, PC<br>300 West Clarendon Ave.<br>Ste. 290<br>Phoenix, AZ 85013 |

− − − **NOTICE CONTINUES ON NEXT PAGE** − − −

2. The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3. If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4. If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5. **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: June 15, 2017**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**